■ JOHNNY ESPINAL et al., Respondents, v BRIAN W. CONLON, Appellant. [772 NYS2d 813]—Order, Supreme Court, Bronx County (Janice Bowman, J.), entered April 2, 2003, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

Defendant failed to carry his burden to establish that

plaintiffs had not suffered serious injury (*Aronov v Leybovich*, 3 AD3d 511 [2004]). We have considered defendant's remaining contentions and find them unavailing. Concur—Buckley, P.J., Williams, Lerner and Marlow, JJ.